UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     CV 21-3190-MWF(AFMx)                                    Dated: **July 15, 2021**

Title:       Guri Gonzalez -*v*- Vivian Benetatos

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

        None Present                                        None Present

PROCEEDINGS (IN CHAMBERS):         COURT ORDER

In light of the Notice of Settlement [13] filed July 13, 2021, the Court sets a hearing on Order To Show Cause Re Dismissal for August 16, 2021 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

IT IS SO ORDERED.

MINUTES FORM 90                                    Initials of Deputy Clerk     rs
CIVIL - GEN